**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kimberly L. Nuss                          CHAPTER 13
                Debtor(s)

                                            BKY. NO. 25-12581 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
09 Jul 2025, 14:23:46, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322