Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
Chapter 13 Case No. 25-12581-PMM

Kimberly L. Nuss  
6 East Elm Street  
Shillington  PA    19607

Petition Filed Date: 06/26/2025  
341 Hearing Date: 07/29/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID GELLERT, ESQ. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD  »» 001 | Secured Creditors | $21,257.43 | $0.00 | $0.00 |
| 2 | EASYPAY FINANCE  »» 002 | Unsecured Creditors | $569.52 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC  »» 003 | Unsecured Creditors | $844.80 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC  »» 004 | Unsecured Creditors | $485.61 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC  »» 005 | Unsecured Creditors | $537.62 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC  »» 006 | Unsecured Creditors | $611.70 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $953.06 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC  »» 008 | Unsecured Creditors | $2,470.67 | $0.00 | $0.00 |
| 9 | MIDFIRST BANK  »» 009 | Mortgage Arrears | $14,724.18 | $0.00 | $0.00 |
| 10 | BOROUGH OF SHILLINGTON  »» 010 | Secured Creditors | $514.79 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP LLC  »» 011 | Unsecured Creditors | $1,486.68 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC  »» 012 | Unsecured Creditors | $1,017.40 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS NATIONAL BANK  »» 013 | Unsecured Creditors | $1,456.44 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC  »» 014 | Unsecured Creditors | $587.12 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-12581-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $516.00 | Current Monthly Payment: | $516.00 |
| Paid to Claims: | $0.00 | Arrearages: | $516.00 |
| Paid to Trustee: | $28.38 | Total Plan Base: | $30,960.00 |
| Funds on Hand: | $487.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.