### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly L. Nuss <br> <u>Debtor(s)</u> | CHAPTER 13 |
| MidFirst Bank <br> vs. <br> <u>Moving Party</u> | NO. 25-12581 PMM |
| Kimberly L. Nuss <br> <u>Debtor</u> <br> Andrew A. Kruse <br> <u>Co-Debtor</u> | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman <br> <u>Trustee</u> | |

### ORDER

AND NOW, this <u>7th</u> day of <u>November</u>, 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge