# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    KIMBERLY L. NUSS | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 25-12581 PMM |

## ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 3 filed by Pinnacle Credit Services, LLC, in the amount of $844.80, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 3 filed by Pinnacle Credit Services, LLC, shall be disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: November 10, 2025**