UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                   :
    KIMBERLY L. NUSS            :       Chapter 13
                                :
    Debtor                      :       Bankruptcy No. 25-12581 PMM

### ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 5 filed by LVNV Funding, LLC, in the amount of $537.62, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 5 filed by LVNV Funding, LLC, shall be disallowed in its entirety.

BY THE COURT:

*/s/ Patricia M. Mayer/*

**Date: November 10, 2025**

Patricia M. Mayer
United States Bankruptcy Judge