UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
    KIMBERLY L. NUSS            :    Chapter 13
                                    :
    Debtor                      :    Bankruptcy No. 25-12581 PMM

### ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 7 filed by LVNV Funding, LLC, in the amount of $953.06, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 7 filed by LVNV Funding, LLC, shall be disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*

**Date: November 10, 2025**

Patricia M. Mayer
United States Bankruptcy Judge