UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
    KIMBERLY L. NUSS              :      Chapter 13
                                          :
    Debtor                        :      Bankruptcy No. 25-12581 PMM

### ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 15 filed by LVNV Funding, LLC, in the amount of $883.95, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 15 filed by LVNV Funding, LLC, shall be disallowed in its entirety.

BY THE COURT:

*/Patricia M. Mayer/*

**Date: November 10, 2025**

Patricia M. Mayer
United States Bankruptcy Judge