L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
    KIMBERLY L. NUSS          :        Chapter 13
                                        :
    Debtor                    :        Bankruptcy No. 25-12581 PMM

### CERTIFICATION OF SERVICE

I, David S. Gellert, Esquire, of David S. Gellert, P.C., certify that on November 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Supplement to Schedule I - Your Income

- Supplement to Schedule J - Your Expenses

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Date: November 10, 2025           s/ David S. Gellert
                                            David S. Gellert, Esquire
                                            Attorney ID No. 32294
                                            David S. Gellert, P.C.
                                            3506 Perkiomen Avenue
                                            Reading, PA 19606
                                            610-779-8000
                                            dsgrdg@ptdprolog.net

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.)

Name:           Scott F. Waterman, Esquire, Chapter 13 Trustee
Address:        ECFMail@ReadingCh13.com
Relationship of Party:      Chapter 13 Trustee
Via:    ■CM/ECF      □1ˢᵗ Class Mail           □Certified Mail           □e-mail
        □Other

Name:           United States Trustee, Office of United States Trustee
Address:        USTPRegion03.PH.ECF@usdoj.gov
Relationship of Party:      United States Trustee
Via:    ■CM/ECF      □1ˢᵗ Class Mail           □Certified Mail           □e-mail
        □Other