United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12581-pmm |
| Kimberly L. Nuss | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly L. Nuss, 6 East Elm Street, Shillington, PA 19607-2606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor Borough of Shillington cshurr@kozloffstoudt.com lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |
| DAVID S. GELLERT | on behalf of Debtor Kimberly L. Nuss dsgrdg@ptdprolog.net |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kimberly L. Nuss | Debtor(s) | CHAPTER 13 |
| MidFirst Bank vs. | Moving Party | NO. 25-12581 PMM |
| Kimberly L. Nuss | Debtor | |
| Andrew A. Kruse | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman | Trustee | |

**ORDER**

AND NOW, this __7th__ day of ____November____, 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
United States Bankruptcy Judge