United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 25-12581-pmm
Kimberly L. Nuss     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Dec 11, 2025     Form ID: 155     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly L. Nuss, 6 East Elm Street, Shillington, PA 19607-2606 |
| 15023285 | + | Andrew A. Kruse, 6 East Elm Street, Shillington, PA 19607-2606 |
| 15023289 | | Berks Center for Digestive Health LP, P. O. Box 003605, Boston, MA 02241-3605 |
| 15031573 | + | Borough of Shillington, 2 East Lancaster Avenue, Shillington, PA 19607-2632 |
| 15029095 | + | Borough of Shillington, C/O Charles N. Shurr Jr., Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15023290 | + | Borough of Shillington, P. O. Box 247, Shillington, PA 19607-0247 |
| 15023302 | + | Geraldine M. Linn, Esquire, KML Law Group, P.C., 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 15023304 | | KidzPartners, P. O. Box 42971, Philadelphia, PA 19101-2971 |
| 15028191 | + | MidFirst Bank, C/O Matthew K. Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15023313 | | PennState Health, P. O. Box 770025, Coral Springs, FL 33077-0025 |
| 15023316 | + | Planet Fitness, 510 E. Lancaster Ave., Reading, PA 19607-1365 |
| 15023320 | | Tower Health, P. O. Box 825602, Philadelphia, PA 19182-5602 |
| 15023321 | + | US Digestive Health, P. O. Box 783656, Philadelphia, PA 19178-3656 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15023283 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:44:00 | ADS/Comenity/Victoria, P. O. Box 182789, Columbus, OH 43218-2789 |
| 15023288 | ^ | MEBN | Dec 12 2025 00:41:46 | AT&T, P. O. Box 2171, Southgate, MI 48195-4171 |
| 15023284 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2025 00:48:24 | American Express, P. O. Box 981535, El Paso, TX 79998-1535 |
| 15037896 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2025 00:48:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15023286 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 12 2025 00:44:00 | Apple Card, 11850 S. Election Rd., Draper, UT 84020-6814 |
| 15023287 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 12 2025 00:44:00 | Apple Card/GS Bank USA, Lockbox 6112, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 15023291 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2025 00:48:06 | Cabela's Club, Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15023292 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2025 00:48:14 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15023293 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:44:00 | Comenity - Bed Bath & Beyond, P. O. Box 183043, Columbus, OH 43218-3043 |
| 15023294 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:44:00 | Comenity - Big Lots Credit Card, P. O. Box 183043, Columbus, OH 43218-3043 |
| 15023295 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:44:00 | Comenity - Victoria's Secret, P. O. Box 182125, Columbus, OH 43218-2125 |

Case 25-12581-pmm   Doc 69   Filed 12/13/25   Entered 12/14/25 00:39:47   Desc Imaged
                             Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: 155 | Total Noticed: 53 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15023296 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:44:00 | Comenity Bank/Victoria's Secret, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 15023297 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:44:00 | Comenity Capital Bank/BBB, P. O. Box 182120, Columbus, OH 43218-2120 |
| 15023298 | + | Email/Text: bankruptcy@credencerm.com | Dec 12 2025 00:45:00 | Credence Resource Mgmt. LLC, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 15023299 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 12 2025 00:45:00 | Credit Collection Services, P. O. Box 607, Norwood, MA 02062-0607 |
| 15023300 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 12 2025 00:45:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15023301 | | Email/Text: operationsclerk@easypayfinance.com | Dec 12 2025 00:44:00 | Easy Pay FInance, P. O. Box 2549, Carlsbad, CA 92018-2549 |
| 15046003 | + | Email/Text: BNCnotices@dcmservices.com | Dec 12 2025 00:44:00 | EMERGENCY PHYSICIAN ASSOCIATES OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15023303 | | Email/Text: Harris@ebn.phinsolutions.com | Dec 12 2025 00:45:00 | Harris & Harris, Ltd., 111 W. Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 15023305 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2025 00:48:23 | Kohl's, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15023306 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2025 00:48:06 | Kohl's, P. O. Box 3115, Milwaukee, WI 53201-3115 |
| 15026427 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 00:48:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15023307 | ^ | MEBN | Dec 12 2025 00:41:39 | Michael J. Dougherty, Esq., Welstman Weinberg & Reis Co. LPA, 520 Walnut St., Ste. 1355, Philadelphia, PA 19106-3602 |
| 15029790 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 12 2025 00:48:06 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15023308 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 12 2025 00:48:14 | MidFirst Bank, 999 N.W. Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 15040720 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2025 00:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15023309 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2025 00:44:00 | Midland Credit Mgmt. Inc., 320 E. Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 15023310 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 12 2025 00:48:06 | Midland Mortgage, P. O. Box 26648, Oklahoma City, OK 73126-0648 |
| 15023311 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Dec 12 2025 00:45:00 | PA Dept. of Labor & Industry, Office of UC Benefits Policy, 651 Boas St. Rm. 608, Harrisburg, PA 17121-0725 |
| 15045894 | | Email/Text: inveniobkt@phillips-cohen.com | Dec 12 2025 00:44:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 15023317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 00:48:16 | Portfolio Recovery Assoc LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 15023312 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:48:14 | PayPal Credit, Synchrony Bank, P. O. Box 71725, Philadelphia, PA 19176-1725 |
| 15023314 | ^ | MEBN | Dec 12 2025 00:41:31 | Pennsylvania Turnpike Commission, E-Z Pass Customer Svc. Center, 300 E. Park Dr., Harrisburg, PA 17111-2729 |
| 15023315 | + | Email/Text: pcabkt@phillips-cohen.com | Dec 12 2025 00:44:00 | Phillips & Cohen Associates Ltd., 1002 Justison St., Wilmington, DE 19801-5148 |
| 15026425 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 00:48:16 | Pinnacle Credit Services, LLC, Resurgent Capital |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15023318 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 12 2025 00:44:00 | Progressive Leasing, 256 W. Data Dr., Draper, UT 84020-2315 |
| 15026942 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2025 00:44:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 15034429 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2025 00:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15023319 | + | Email/Text: bnc-thebureaus@quantum3group.com | Dec 12 2025 00:44:00 | The Bureaus, 711 N. Edgewood Ave., Suite 200, Wood Dale, IL 60191-1254 |
| 15023831 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 12 2025 00:48:15 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

**Name**     **Email Address**

CHARLES N. SHURR, JR.
    on behalf of Creditor Borough of Shillington cshurr@kozloffstoudt.com
    lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com

DAVID S. GELLERT
    on behalf of Debtor Kimberly L. Nuss dsgrdg@ptdprolog.net

MATTHEW K. FISSEL
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Kimberly L. Nuss<br><br>   Debtor(s). | Case No. 25−12581−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 11, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court