## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     KIMBERLY L. NUSS | : | Chapter 13 |
| | : | |
|     Debtor | : | Bankruptcy No. 25-12581 PMM |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 5th day of January, 2026, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 11, 2025 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated: January 5, 2026                     /s/ David S. Gellert
                                                     David S. Gellert, Esquire
                                                     David S. Gellert, P.C.
                                                     3506 Perkiomen Avenue
                                                     Reading, PA 19606
                                                     (610) 779-8000
                                                     dsgrdg@ptdprolog.net