Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kimberly L. Nuss
6 East Elm Street
Shillington, PA 19607

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-12581-PMM**

Petition Filed Date: 06/26/2025
341 Hearing Date: 07/29/2025
Confirmation Date: 12/11/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $516.00 | | 09/23/2025 | $360.00 | | 10/27/2025 | $360.00 | |
| 12/19/2025 | $490.00 | | 03/04/2026 | $490.00 | | 03/19/2026 | $490.00 | |
| 04/29/2026 | $490.00 | | 05/22/2026 | $490.00 | | 05/28/2026 | $490.00 | |
| 07/20/2026 | $490.00 | | 07/27/2026 | $490.00 | | | | |

**Total Receipts for the Period: $5,156.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $5,646.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,375.44 | $4,778.26 | $597.18 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | EASYPAY FINANCE obo DUVERA<br>»» 002 | Unsecured Creditors | $569.52 | $0.00 | $569.52 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $485.61 | $0.00 | $485.61 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $2,470.67 | $0.00 | $2,470.67 |
| 9 | MIDFIRST BANK<br>»» 009 | Mortgage Arrears | $14,724.18 | $0.00 | $14,724.18 |
| 10 | BOROUGH OF SHILLINGTON<br>»» 010 | Secured Creditors | $514.79 | $0.00 | $514.79 |
| 11 | QUANTUM3 GROUP LLC<br>»» 011 | Unsecured Creditors | $1,486.68 | $0.00 | $1,486.68 |
| 12 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $1,017.40 | $0.00 | $1,017.40 |

**Chapter 13 Case No. 25-12581-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | AMERICAN EXPRESS NATIONAL BANK<br>»» 013 | Unsecured Creditors | $1,456.44 | $0.00 | $1,456.44 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 014 | Unsecured Creditors | $587.12 | $0.00 | $587.12 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PCA ACQUISITION V LLC<br>»» 016 | Unsecured Creditors | $2,282.13 | $0.00 | $2,282.13 |
| 17 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA PC<br>»» 017 | Unsecured Creditors | $4,242.00 | $0.00 | $4,242.00 |
| 18 | MIDFIRST BANK<br>»» 09P | Mortgage Arrears | $4,433.54 | $0.00 | $4,433.54 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,646.00 | Current Monthly Payment: | $490.00 |
| Paid to Claims: | $4,778.26 | Arrearages: | $490.00 |
| Paid to Trustee: | $415.47 | Total Plan Base: | $28,676.00 |
| Funds on Hand: | $452.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.